**2010–0039. State v. McGrath.**
Cuyahoga App. No. 94005. On motion for leave to file delayed appeal. Motion denied.

**2010–0059. State v. Avery.**
Union App. No. 14–09–25. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and O'DONNELL, JJ., dissent.

**2010–0064. State v. Everette.**
Montgomery App. No. 22838, 2009-Ohio-5738. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2010–0073. State v. Petriashvili.**
Cuyahoga App. No. 92851, 2009-Ohio-6466. On motion for immediate stay of court of appeals' judgment. Motion denied.

**2010–0086. State v. Smith.**
Lucas App. No. L–07–1011, 2007-Ohio-7104. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.

**2010–0090. State v. Frazier.**
Hamilton App. No. C–090025. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2010–0095. State v. Shaw.**
Richland App. No. 09CA52, 2009-Ohio-5469. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and LANZINGER, JJ., dissent.

**2010–0109. State v. Dent.**
Summit App. No. 23855, 2009-Ohio-5153. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.

**2010–0112. Kessler v. Totus Tuus, L.L.C.**
Ashtabula App. No. 2007–A–0093, 2009-Ohio-6376. On motion for stay of court of appeals' judgment. Motion denied.

**2010–0116. State v. Driscoll.**
Clark App. No. 2008 CA 93, 2009-Ohio-6134. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and CUPP, JJ., dissent.

**2010–0117. State v. Grant.**
Richland App. No. 07 CA 32, 2008-Ohio-3429. On motion for leave to file delayed appeal. Motion denied.

**2010–0129. Am. Internatl. Recovery v. Allstate Ins. Co.**
Portage App. No. 2009–P–0008, 2009-Ohio-6508. On motion for stay of court of appeals' judgment. Motion denied.
MOYER, C.J., and O'DONNELL, J., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2009–1806. State ex rel. Merrill v. Ohio Dept. of Natural Resources.**
Lake App. Nos. 2008–L–007 and 2008–L–008, 2009-Ohio-4256. Discretionary appeals and cross-appeal accepted.
Lanzinger, J., would accept the appeals but accept the cross-appeal on Proposition of Law No. I only.
PFEIFER and O'DONNELL, JJ., dissent.
Motion for admission pro hac vice of Neil S. Kagan by Peter A. Precario granted. Motion to strike supplemental memorandum in support of jurisdiction of amici curiae Ohio Bass Federation denied.